```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
          -v-                        :     S16 19cr91-8 (DLC)
                                     :
JORGE ROCA-SUAREZ,                   :          ORDER
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on May 11, 2022, it is hereby

ORDERED that C.J.A. counsel John Kaley is relieved. The C.J.A. counsel on duty this day, Matthew J. Kluger, is appointed to represent the defendant.

SO ORDERED:

Dated:   New York, New York
         May 11, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge