```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :    19cr91-8 (DLC)
                                        :
JORGE ROCA-SUAREZ,                      :        ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having been notified on August 29, 2022 that the defendant wishes to change counsel, it is hereby

    ORDERED that the parties appear at a conference regarding his request to change counsel in Courtroom 18B, 500 Pearl Street, on **August 31, 2022 at 11:00 AM**.

Dated:    New York, New York
           August 29, 2022

                                                    _____
                                                        DENISE COTE
                                               United States District Judge