```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :      19cr91-8 (DLC)
        -v-                               :
                                          :         ORDER
JORGE ROCA-SUAREZ,                        :
                                          :
                Defendant.                :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

   For the reasons set forth on the record on August 31, 2022, the Court indicated its intention to appoint an additional C.J.A. attorney as co-counsel to the defendant's current counsel, Matthew J. Kluger.  Accordingly, it is hereby

   ORDERED that C.J.A. counsel Jill Shellow is appointed to represent the defendant.

Dated:    New York, New York
          September 8, 2022

                                  _____
                                          DENISE COTE
                                  United States District Judge