```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
             -v-                        :    19cr91-8 (DLC)
                                        :
JORGE ROCA-SUAREZ,                      :        ORDER
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference is scheduled for September 29, 2022 at 2:30 PM in Courtroom 18B, 500 Pearl Street to discuss the defendant's letter of September 16.

SO ORDERED:

Dated:   New York, New York
         September 21, 2022

_____
DENISE COTE
United States District Judge