UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :   19cr91-8 (DLC)
                                         :
JORGE ROCA-SUAREZ,                       :   ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for September 29 is moved to September 27, 2022 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         September 22, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge