```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    19cr91-8(DLC)
                                       :
            -v-                        :    ORDER
                                       :
JORGE ROCA-SUAREZ,                     :
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter is scheduled to proceed to trial on April 17, 2023. Accordingly, it is hereby

ORDERED that any Trial Memorandum, Rule 404(b) motions and motions in limine shall be filed by **March 24, 2023**; opposition to any motions shall be filed by **March 31**. Counsel shall provide two courtesy copies to the Court.

IT IS FURTHER ORDERED that any written Voir Dire requests and Requests to Charge shall be filed by **March 31**. Two courtesy copies shall be delivered to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **April 11, 2023 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

2

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

SO ORDERED:

Dated:    New York, New York
          March 6, 2023

_____
DENISE COTE
United States District Judge