```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      19cr91-8(DLC)
                                          :
            -v-                           :      ORDER
                                          :
JORGE ROCA-SUAREZ,                        :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 12, 2023, this Court received a letter from the defendant in this matter. Accordingly, it is hereby

ORDERED that this letter shall be filed under seal and copies shall be emailed to counsel for the defendant and the Government.

SO ORDERED:

Dated:   New York, New York
         May 12, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge