```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    19cr91-8(DLC)
                                           :
          -v-                              :      ORDER
                                           :
JORGE ROCA-SUAREZ,                         :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a conference in this matter is scheduled for May 24, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
          May 16, 2023

                                        DENISE COTE
                            United States District Judge