UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :          19cr91-8(DLC)
                                         :
            -v-                          :            ORDER
                                         :
JORGE ROCA-SUAREZ,                       :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

     Having received the defendant's letter of August 7, 2023,

it is hereby

     ORDERED that a conference to address the request for

substitution of counsel is scheduled for August 17, 2023 at

10:30 AM in Courtroom 18B, 500 Pearl Street.

     SO ORDERED:

Dated:    New York, New York
          August 8, 2023

                              _____
                                        DENISE COTE
                              United States District Judge