```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :        19cr91-8 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
JORGE ROCA-SUAREZ,                         :
                                           :
                      Defendant.           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on August 17, 2023, it is hereby

ORDERED that Jill Shellow is relieved as counsel for the defendant and on-duty C.J.A. counsel Xavier Donaldson is appointed to represent the defendant.

Dated:   New York, New York
         August 17, 2023

```
                              _____
                                       DENISE COTE
                              United States District Judge
```