```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     19cr91-8(DLC)
                                     :
          -v-                        :     ORDER
                                     :
JORGE ROCA-SUAREZ,                   :
                                     :
               Defendant.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a status conference in this matter is scheduled for November 9, 2023 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 1, 2023

_____
DENISE COTE
United States District Judge