```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19cr91-8(DLC)
                                          :
           -v-                            :    ORDER
                                          :
JORGE ROCA-SUAREZ,                        :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of May 17, 2024, it is hereby

ORDERED that a conference in this matter is scheduled for **June 17, 2024 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         May 17, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge