```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      19cr91-8(DLC)
                                          :
          -v-                             :      ORDER
                                          :
JORGE ROCA-SUAREZ,                        :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On April 22, 2025, this Court received a letter from the defendant in this matter. Accordingly, it is hereby

ORDERED that this letter shall be filed under seal and copies shall be emailed to counsel for the defendant and the Government.

IT IS FURTHER ORDERED that defense counsel shall address the issues raised in the letter with the defendant and file a status letter with the Court no later than May 16, 2025.

Dated:     New York, New York
           April 24, 2025

                                    _____
                                              DENISE COTE
                                      United States District Judge