```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :       19cr91-8(DLC)
                                        :
            -v-                         :           ORDER
                                        :
JORGE ROCA-SUAREZ,                      :
                                        :
                 Defendant.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 13, 2025, this Court received a letter from the defense counsel. It is hereby

ORDERED that the letter will be filed under seal.

IT IS FURTHER ORDERED that a conference in this matter is scheduled for **May 22, 2025 at 3:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         May 20, 2025

                                  _____
                                          DENISE COTE
                                   United States District Judge