```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      19cr91-8 (DLC)
                                        :
            -v-                         :      ORDER
                                        :
JORGE ROCA-SUAREZ,                      :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on May 22, 2025, it is hereby

ORDERED that CJA counsel Xavier Donaldson is relieved as counsel in this matter and C.J.A. counsel Peter Skinner is appointed to represent the defendant.

Dated:    New York, New York
          May 22, 2025

                                    _____
                                             DENISE COTE
                                    United States District Judge